UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

PJSC "URALSIB BANK",

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

Case No. 21 Misc._____

**MOTION FOR LEAVE TO FILE UNDER SEAL APPLICANT'S *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

Applicant PJSC "URALSIB BANK", by and through its undersigned counsel, Kellner Herlihy Getty & Friedman LLP, for the reasons described in the accompanying Memorandum of Law and the Declaration of Dmitry I. Bogorodsky, dated July 5, 2021 and accompanying Exhibits, respectfully submits this Motion for an order permitting Applicant to file under seal its *ex parte* Application for judicial assistance pursuant to 28 U.S.C. § 1782 and supporting documents. No previous application for this relief has been made.

Dated: July 6, 2021

Application denied. The application does not overcome the presumption of public access to judicial documents. According to the application, the foreign proceeding for which the requested information is to be used is currently pending before the Commercial Court in the Rostov region in Russia, and is publicly known. The target of the investigation has already disappeared after appearing at a hearing in Russian bankruptcy court. The Court is not persuaded that information regarding this proceeding will cause sufficient risk of harm of further acts by the target to hide assets so as to overcome the presumption of public access. The concern expressed in the application that public notice of the application may lead to legal challenges to the application is particularly unpersuasive. SO ORDERED.
Dated: July 7, 2021
New York, New York                GREGORY H. WOODS
                                  United States District Judge

Respectfully submitted,

By: _____
     Berenice Le Diascorn
     Thomas Vandenabeele

KELLNER HERLIHY GETTY & FRIEDMAN LLP
*Attorneys for PJSC "URALSIB BANK"*
470 Park Avenue South–7th Floor
New York, NY 10016-6819
Telephone: 212-889-2121
Email: berenice.lediascorn@khgflaw.com

1