```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ABC,                                                          :
                                                              :
                                    Plaintiff,                :     1:21-mc-509-GHW
                                                              :
                  -v -                                        :             ORDER
                                                              :
DEF,                                                          :
                                                              :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

This matter was resolved by the Court during Part I duty. The civil docket reports show that this matter is open. The Clerk of Court is directed to close this matter.

SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                     _____
                                                            GREGORY H. WOODS
                                                          United States District Judge